

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

FOR OFFICIAL USE ONLY

FILED
OCTOBER 10, 2003
Larry W. Propes, Clerk
Florence, South Carolina

Date: **OCTOBER 10, 2003**

Civil Case Number: **4:03-1733-12**

Judge: **C. WESTON HOUCK**

Deputy Clerk: **Maxine Campbell**

Court Reporter: _Vince Rolland_

ESR Tape: —

Location: **Florence**    Set for 10:00 a.m./p.m.

Court Convenes: 10:02

Court Adjourns: _____

**CASE CAPTION:**

NAACP et al -v- Shawnee Development etc et al

Plaintiff Counsel:
Charles Talisman
Arnold Denfner

Defense Counsel:
Wm Reynolds Williams
Hugh Willcox Jr.

## CIVIL MINUTES

Hearing HELD:

■ Motion Hearing ( mhrgms.)

☐ Oral Argument on BK Appeal
( oralargbkappms.)

☐ Pretrial/Status/Schedule
Conference
( ptrl/stat/schedcnfms.)

☐ Settlement Conference
( stlmtcnf.)

☐ Oral Argument on Social Security Case
( oralargssms.)

☐ Show Cause Hearing   ( showhrgms.)

☐ Bar Meeting          ( bmms.)

☐ Telephone Conference ( telecnfms.)

Document # 27

I:\newcvms03.wpd

NOTES: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

|  | Pla. | Deft. |
|---|---|---|
| Brief(s) Due: | _____ | _____ |
| Proposed Findings Due: | _____ | _____ |
| Response/Reply Due: | _____ | _____ |

## MOTIONS

Motion #: <u>4</u>  *Motion to Dismiss + for Summary Judgment*
☐ Granted  ☒ Denied  ☐ Under Advisement  ☐ Moot / Withdrawn

Motion #: <u>6</u>  *Motion to dismiss & Strike*
☐ Granted  ☐ Denied  ☐ Under Advisement  ☐ Moot / Withdrawn

Motion #: <u>17</u>  *Motion for Summary Judgment*
☐ Granted  ☐ Denied  ☐ Under Advisement  ☐ Moot / Withdrawn

Motion #: _____
☐ Granted  ☐ Denied  ☐ Under Advisement  ☐ Moot / Withdrawn

Motion #: _____
☐ Granted  ☐ Denied  ☐ Under Advisement  ☐ Moot / Withdrawn

NOTES: Court Calls Case

Mr. Williams - re: specific intent to discriminate    Motion for summary judgment
   Ct - plaintiff intended to allege discrimination
Mr. Defner - agrees
   Ct - will not dismiss action, plaintiff can Amend Complaint if needs too
Mr. Williams - re: his affidavits filed that refute discrimination
   argues Motions
Mr. Talisman - opposition
   re: Motion for Summary Judgment of dfts.

10:27 Williams - argues #4 Motion
   re: NAACP standing
Mr. Talisman - opposition
10:30 re: NAACP standing
   NAACP Conway Branch first contacted of complaints of Yachtsman

10:34 Mr. Williams - responds
10:39 Court - wants to hear on Zone of interest
Mr. Williams - responds re: complaint
Court - 1981, 2000A + state statute
let me hear on Zone of interest + various statutes
10:44 Mr. Talisman - responds
   re: 2000A 2000e
   re: accomodations law
10:55 Ct - re: jurisdiction
   re: dismissing & Amending Complaint
Talisman - responds
   re: staying state law claim, Moot
10:56 Williams - responds
   thinks there is a jurisdictional question
   not against a stay Dubious About weather we can do that

trlms.wpd

(3)

NOTES: 11:00 Court - re: Scheduling order
re: move discovery up
Counsel talk during break about
moving discovery up

11:02 Break

11:33 Reconvene
Mr. Williams - re: discovery
Cutoff Disc. 4-15 all issues other
than economic injury
& Damages
Econ. inj & Damages
Stay 6-1

Court - responds
Someone write letter confirming deadlines
Will be here for term 1st Monday May 2004
Can have status conference in April
Motion to Strike not heard yet
Mot. to dismiss or for Summary Judgment — Denies
at this time

11:39   * 6 Motion to Dismiss & Strike
Zone of interest 1981, 2000A state statute 45-9-10
No need to rule on organization standing
Denies Motion to Dismiss
re: association standing
NAACP has associational standing
Motion to dismiss for lack of standing is denied
Denied as to Fed. claims 1981 & 2000A
60 day limitation is jurisdictional
45-9-10 filed before 60 days
Motion to dismiss same is granted.
Pltfs cause Amend Dismiss & grants pltfs
motion to add back

NOTES: 11:49 - Court - Motion for Summary Judgment for failure to state a claim - Court Denies

Purpose discovery to pursue as Counsel have agreed on

#6 Motion to Strike

Talisman - objects to Motion to Strike

11:52 Court - Continues Let's look at Complaint

Pg. 3 paragraph 7, 8 - doesn't fall in Any category that needs to be stricken

Paragraph 27 - chain l. fence has nothing to do with this case

Court requires Strike those 2 sentence

Paragraph 30, 31 - don't find objectionable

Paragraphs 32, 33, 34 - doesn't have anything to do w/ complaint

11:57 Talisman - on paragraphs 32, 33, 34

Ct - not prejudice

Williams - are prejudice

re: paragraph 35

Talisman - responds

12:01 Ct - Doesn't see any prejudice to defendant Complaint does not give jury - I don't think this is a jury case

Will Leave In

Paragraph 46 - can't say that prejudices you
" 53 - " " " " "
" 63 " " " " "
" 82
" 83 - description of damage NAACP has incurred

12:04 Williams - re paras. 82-86 relates to dismissal

NOTES: Ct. only struck one about fence
Talisman - will not object to that.
Ct - Except to that motion to strike is Denied
Williams - Mot to Dismiss Waller
Ct - give plaintiff opportunity to explore
12:05 Adj. -